# Court of Appeals
# of the State of Georgia

ATLANTA, _December 27, 2021_

*The Court of Appeals hereby passes the following order:*

**A22E0025. IN THE INTEREST OF A. S. G., a child.**

The mother of minor child A. S. G. has filed an emergency motion for an extension of time to file an application for discretionary appeal from an order terminating her parental rights. The motion is hereby granted and the mother is given 30 days from the date of this order to file her application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_12/27/2021_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*